# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina ▼

| | |
|---|---|
| United States of America<br>v.<br>DALTON RAY MULLIS<br><br><br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 3:26-mj-121-DCK |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ January 19, 2026 _____ in the county of _____ Mecklenburg _____ in the _____ Western _____ District of _____ North Carolina _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 247(c) | Damage to religious property; obstruction of persons in the free exercise of religious beliefs |

This criminal complaint is based on these facts:

See attached Affidavit of Special Agent J. Ryan Anthony.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent J. Ryan Anthony, FBI
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____ 06/10/2026 _____

_____
*Judge's signature*

City and state: _____ Charlotte, North Carolina _____

Hon. David C. Keesler, U.S. Magistrate Judge
_____
*Printed name and title*