# AFFIDAVIT IN SUPPORT OF
## CRIMINAL COMPLAINT AND ARREST WARRANT

I, John Ryan Anthony, being duly sworn, hereby state the following under penalty of perjury:

1.      I have been a Special Agent with the Federal Bureau of Investigation ("FBI") since October 2024.  Since that time, I have worked on cases involving primary nihilistic violent extremism, racially and ethnically motivated violent extremism, and international terrorism.  I have also had the opportunity to interact with and learn from agents more experienced in the areas of international terrorism and criminal offenses in general.  Prior to becoming an FBI Special Agent, I served approximately seven years on active duty as a Captain in the United States Marine Corps, holding multiple leadership positions, including Company Commander. I attended Marine Corps University and various professional military education schools where instruction focused heavily on counterinsurgency operations and the tactics, techniques, and procedures employed by Foreign Terrorist Organizations ("FTOs"). Through this training and subsequent operational assignments, I gained extensive experience operating in high-threat environments and countering threats posed by FTOs. I have also received training on indicators, behaviors, and tactics associated with homegrown violent extremism within the United States.

2.      This affidavit is based on my own knowledge of facts learned through my own participation in this investigation, information I know based on my training and experience, as well as information relayed to me by other law enforcement agents and individuals involved in this investigation. It is intended merely to establish sufficient probable cause for the requested complaint and arrest warrant, and does not set forth all of the information known to me about this matter.

3.      This affidavit is submitted in support of an application for complaint and arrest warrant charging DALTON RAY MULLIS, hereafter MULLIS, with a violation of 18 U.S.C. §

247(c). That statute provides that: "Whoever intentionally defaces, damages, or destroys any religious real property because of the race, color, or ethnic characteristics of any individual associated with that religious property, or attempts to do so, shall be punished [according to the statute]."

## BACKGROUND CONCERNING THE FOUNDATION OF SHALOM PARK

4. The Foundation of Shalom Park (hereinafter "Shalom Park") is a 54-acre campus located at 5007 Providence Road, Charlotte, North Carolina that operates as a 501(c) religious non-profit. Shalom Park owns the land, buildings, and permanent structures on the campus—excluding the two synagogues located within the property. This includes Charlotte Jewish Day School (CJDS), the Holocaust Memorial, and employee entrance as detailed further in this affidavit. These facilities are occupied by multiple 501(c) non-profit organizations that operate Jewish religious, cultural, and educational programs. Shalom Park provides these organizations with safety and security services, landlord support, and administrative policies. The campus functions as a communal Jewish setting dedicated to religious practice, education, and community life. Approximately 6.6% of individuals affiliated with Shalom Park reside in six states outside North Carolina.

5. CJDS is located within Shalom Park. CJDS is a private school that requires all enrolled students to pay tuition. The school provides academic instruction and Jewish religious education from Transitional Kindergarten through Grade 8. The curriculum includes Jewish prayer, Hebrew language instruction, Jewish holiday observance, and related religious studies. Students are supplied with prayer books by CJDS and participate in daily religious practices, including prayers before and after meals. CJDS enrolls approximately 149 total students, with

2

approximately five to six students who reside in South Carolina and commute to the school's location in Charlotte.

6.      CJDS also sells school-related merchandise, including T-shirts, hats, and similar items. In addition, CJDS sells challah bread for Shabbat and pastries during the Jewish holiday of Purim. These items are made available for purchase by students, families, and members of the community.

## THE INVESTIGATION

7.      During the evening hours of January 19, 2026, an individual later identified as the Subject, **DALTON RAY MULLIS,** traveled to the Jewish Community Center located at the Foundation of Shalom Park, in Charlotte, North Carolina. As discussed, above, the Foundation of Shalom Park complex includes facilities used for Jewish religious worship, education, and community activities, including the Jewish Community Center, the CJDS, and a Holocaust Memorial. MULLIS defaced multiple locations on the property including CJDS, the Holocaust Memorial, and an employee building, by affixing threatening, antisemitic flyers. The flyers depicted a noose, a swastika, and a Totenkopf or "death's head," which I know to be historically associated with the German Nazi party and SS, and contained the message: "Whether you swing to the left or whether you swing to the right we will simplify [sic] swing you by the neck," along with the phrase "Join your local Nazis." (Fig. 1).



Fig. 1

8. At approximately 11:44 P.M. on January 19, 2026, Shalom Park surveillance cameras captured MULLIS, dressed in all black jacket, dark color pants, black boots, a black beanie with a white logo, and carrying a backpack, walking from the Shalom Park Holocaust Memorial towards CJDS (Fig. 2). MULLIS appears to place the backpack on the ground outside the camera's field of view and retrieve an object consistent in size and shape with an adhesive spray can, along with a flyer resembling the one shown in Fig. 1. MULLIS is then observed spraying one of the entrances to CJDS with what appears to be adhesive spray and placing the flyer (Fig. 1) onto the door (Fig. 3).

4



Fig. 2



Fig. 3

9. After affixing the flyer to the school entrance, MULLIS appears to return to the location where the backpack was placed and retrieve a cellular telephone. The surveillance footage shows MULLIS returning to the school entrance and appearing to use the device to take photographs of the flyer on the door (Fig. 4). MULLIS is then seen placing yellow and black adhesive tape at the top of the flyer before departing the CJDS area.

5



Fig. 4

10. On January 19, 2026, at approximately 11:35 P.M., a Charlotte Department of Transportation (CDOT) traffic camera recorded a white, single cab pickup truck, with a white truck cap (hereinafter "Subject Vehicle") turning onto the roadway leading to the Foundation of Shalom Park. At approximately 11:59 P.M., that same evening, the same CDOT camera recorded what appears to be the same Subject Vehicle departing the area of the Foundation of Shalom Park. License Plate Readers (LPR) were not able to capture the Subject Vehicle's license plate as it appeared to be concealed.

11. The FBI obtained continuous CDOT camera footage from January 19, 2026. This footage shows the Subject Vehicle traveling through the intersection of Billy Graham Parkway and Boyer Street at approximately 11:15 P.M., and later traveling through the intersection of Providence Road and Rea Road at approximately 11:59 P.M. (Fig. 5).

6



Fig. 5

12.     On January 28, 2026, the Charlotte-Mecklenburg Police Department ("CMPD") obtained an order from the Mecklenburg County Superior Court directing telecommunications providers to produce transaction records related to cellular telephone calls, direct connect communications, SMS and/or data calls routed through cellular towers in three relevant areas on January 19, 2026, during the following timeframes:

     a.  Between 11:05 P.M. and 11:25 P.M. for cellular towers in the vicinity of 5321 Old Dowd Road, Charlotte, NC 28208;

     b.  Between 11:30 P.M. and 11:50 P.M. for cellular towers in the vicinity of 5007 Providence Road, Charlotte, NC 28226; and

     c.  Between 11:55 P.M. and 12:05 A.M. for cellular towers in the vicinity of 6700 Providence Road, Charlotte, NC 28226.

These locations and time windows identify the specific cellular towers the MULLIS's phone likely connected to as it moved across Charlotte on January 19, 2026. Furthermore, it appears to correspond to and corroborate the direction of travel that was previously identified from CDOT traffic cameras.

7

13.     On February 17, 2026, the FBI received from CMPD telecommunications records obtained in response to the January 28, 2026, Mecklenburg County Superior Court order (referenced in paragraph 13, above). The FBI's Cellular Analysis Survey Team ("CAST") analyzed those records and determined that telephone number **704-593-8143**, which the investigation has confirmed to be associated with an Apple iPhone registered to MULLIS,[1] transmitted data through all three sets of cellular towers during the above timeframes. In other words, MULLIS's phone was located in each of the relevant geographic areas at the relevant times corresponding to the Subject Vehicle's movements before, during, and after the incident at the Foundation of Shalom Park.

14.     Employment record checks revealed that MULLIS is employed by G2 Secure Staff LLC at Charlotte Douglas International Airport. Business records provided by Charlotte Douglas International Airport list MULLIS's contact telephone number as **704-593-8143**, matching MULLIS's phone. Those records also indicate that MULLIS's parking credentials are associated with a white Toyota Tacoma bearing South Carolina license plate "UAC887."

15.     At approximately 4:20 P.M., on January 19, 2026, Charlotte Douglas International Airport security records showed MULLIS's vehicle entering the employee parking lot bearing license plate "UAC887." Security cameras recorded MULLIS entering the airport at approximately 4:30 P.M. MULLIS was wearing a black beanie, a yellow and black jacket, dark color pants, and black boots (Fig. 7). MULLIS's boots and beanie appear consistent with those

---

[1] Business records provided by AT&T indicate the user of telephone number 704-593-8143 to be MULLIS. Subsequent database checks using LexisNexis also associated the number with MULLIS. Open-source research further showed that MULLIS's phone is associated with a CashApp account displaying the name "D.R. Mullis" and a Snapchat account displaying the name "D.R. Mullis." Based on my training and experience, the use of the initials "D.R." in both accounts is consistent with an effort to partially obscure MULLIS's full name, "Dalton Ray Mullis."

worn by the individual captured in Shalom Park surveillance footage (Fig. 2). In reviewing both sets of footage, I observed that the individual at Shalom Park and MULLIS are of similar height, build, and posture. The black beanie, black boots, and dark pants worn by MULLIS at the airport are consistent in color and style with those worn by the individual in the Shalom Park surveillance video. Airport employee access logs show MULLIS's last secure badge swipe that evening was at approximately 10:48 P.M. Subsequently, Charlotte Douglas International Airport security records show MULLIS's vehicle departing the employee parking lot at 11:13 P.M. without a detectable license plate. Based on my training and experience, individuals who intend to engage in criminal activity will sometimes deliberately cover, alter, or remove their vehicle's license plate to hinder identification by victims, witnesses, and law enforcement. Obscuring the plate reduces the effectiveness of surveillance cameras, automatic license plate readers, and traffic enforcement systems, and is intended to prevent law enforcement officers from quickly linking the vehicle to its registered owner. This type of conduct is commonly associated with attempts to avoid detection before, during, and after the commission of a crime.



9

Fig. 7

16.     Open-source mapping tools indicate that typical vehicle travel time from Charlotte Douglas International Airport to the Foundation of Shalom Park is approximately 22 minutes, which is consistent with the time between MULLIS's last badge swipe and the appearance of MULLIS's vehicle near the Foundation of Shalom Park, at approximately 11:35 P.M. (*see* ¶ 10).

17.     South Carolina Department of Motor Vehicles indicate that license plate "UAC887" is registered to a 2013 Toyota Tacoma in the name of DALTON RAY MULLIS. License plate reader ("LPR") database checks for "UAC887" showed a hit on February 2, 2026, that appears visually consistent with MULLIS's registered vehicle captured in CDOT footage (Fig. 6), including the white, single cab configuration and white truck cap seen leaving the area of the Foundation of Shalom Park (Fig. 5).



Fig. 6.

18.     The investigation identified MULLIS's residence as 305 Fort Mill Hwy, Indian Land, SC 29702. Specifically, information obtained from Customs and Border Protection indicated that MULLIS had received a package at that address. The FBI also received information from the U.S. Postal Inspection Service (USPIS) indicating that MULLIS received packages at 305 Fort

10

Mill Hwy, Indian Land, SC, 29707 between October 2025 and March 2026, and only at that address.

19.     Additional investigation at MULLIS's residence showed that on six different days, a white Toyota Tacoma with a bed cover matching MULLIS's registered vehicle (Fig. 8) was seen parked behind a privacy fence at 305 Fort Mill Hwy. On two of those days, the FBI observed MULLIS leave the residence in the White Toyota Tacoma and proceed directly to the Charlotte Douglas International Airport employee parking lot. MULLIS was the occupant and operator of the same vehicle that was identified as leaving Shalom Park in the early morning hours of January 20, 2026 – a white Toyota Tacoma with South Carolina license plate "UAC887."



Fig. 8

20.     On April 16, 2026, U.S. Magistrate Judge W. Carleton Metcalf, Western District of North Carolina, signed a search warrant to obtain cellular records for AT&T telephone number 704-593-8143, associated with MULLIS's phone.[2] AT&T provided those records to the FBI on

---

[2] *See* In the Matter of the Search of Information Assoc. with the Device Assigned Call No. (704) 593-8143 That is Stored at Premises Controlled by AT&T, No. 3:26-mj-00066-WCM (W.D.N.C. Apr. 16, 2026) (under seal).

11

April 27, 2026. The records were reviewed by a member of the FBI's CAST, who determined the general area that the phone was located in at various times. The following is a summary of some of the activity of MULLIS's phone, including its general location at the approximate times listed on January 19 and 20, 2026 (the date of the offense):

    a. 1/19/2026, 11:15 PM - General area around intersection of Billy Graham Parkway and Boyer Street;

    b. 1/19/2026, 11:15 PM to 11:35 PM - Travel in generally southeast direction;

    c. 1/19/2026, 11:35 PM to 11:54 PM - General area around Shalom Park;

    d. 1/19/2026, 11:55 PM to 1/20/2026, 12:24 AM - Travel in generally south direction;

    e. 1/20/2026, 12:24 AM throughout most of 1/20/2026 - General area around 305 Fort Mill Hwy, Indian Land, SC 29707, MULLIS's residence.

21. The location of MULLIS's phone is consistent with the known travel of MULLIS's vehicle (referenced in paragraphs 12, 15, and 17), where MULLIS's vehicle left the Charlotte Douglas International Airport and proceeded to the Foundation of Shalom Park. Furthermore, MULLIS arrived at the area of Shalom Park at approximately 11:35PM on January 19, 2026, and departed that area approximately at 11:59 PM, and subsequently returned to his residence on January 20, 2026, at approximately 12:30 AM. The distance from Shalom Park to 305 Fort Mill Hwy is roughly 15 miles, and would take an estimated 30 minutes, which is consistent with the time that MULLIS's phone settled in the vicinity of 305 Fort Mill Hwy.

22. Business records provided by Founders Federal Credit Union indicate that MULLIS made a $59.31 transaction at Walmart on January 19, 2026. This Walmart is located at 10048 Charlotte Highway in Indian Land, South Carolina, approximately 1.4 miles from MULLIS's residence. The FBI was able to obtain purchase receipt and surveillance footage of

12

that transaction. At approximately 10:16 A.M., MULLIS and an unidentified female were observed purchasing items, including a yellow and black striped duct tape (Fig. 9).[3] Fig. 9 matches the description of the tape that was used to affix the flyers to Shalom Park on January 19, 2026 (*see* Fig. 1).



Fig. 9

## COMMUNITY STATEMENT AND IMPACT ON SHALOM PARK:

23.     The impact of the flyers was felt throughout Shalom Park. For example, the FBI interviewed an African American security guard employed by Shalom Park, who found one of the affixed flyers. The image triggered memories from their childhood in South Florida, where they experienced acts of intimidation by the Ku Klux Klan, including cross burnings near their grandmother's home. He/She believed the flyer instilled fear within the Jewish community and was apprehensive that it could represent a precursor to further harmful actions.

---

[3] The FBI was able to match the stock keeping unit (SKU) from Mullis' purchase receipt with an in-stock model that resembles what Mullis purchased on January 19, 2026.

13

24.     Furthermore, on January 20, 2026, CJDS sent an e-mail in response to the affixing of the flyers, which stated in relevant part:

*Good morning,*

*I'm sorry to start the week and day off with this letter, but we are writing to notify you that disturbing, antisemitic flyers were found on several doors on the Park this morning.*

*First and foremost, please know that our students are safe. We take incidents like this with the utmost seriousness. We immediately notified Shalom Park Security and they have removed the materials, documented the incident, and in turn notified the appropriate authorities. We are also reviewing our security procedures to ensure the continued safety of our campus.*

*As a Jewish school, we are sadly aware that antisemitism exists. We are also resolute in who we are. We will not be intimidated, silenced, or deterred from our mission or from living our Jewish values openly and proudly. Our response to hate is strength, clarity, and unity.*

*We recognize that incidents like this may raise questions or concerns for families. Please know that our faculty and administration are prepared to support students and address conversations if and when they arise in age-appropriate ways. We remain vigilant, transparent, and committed to the well-being of every child entrusted to our care.*

*Thank you for standing with us. Together, we respond not with fear, but with confidence, purpose, and an unwavering commitment to our community.*

25.     Shalom Park voluntarily provided the FBI with information regarding its security expenditures following the January 19, 2026, incident. From January to April 2025, Shalom Park spent $14,225 on security-related costs. From approximately January 19, 2026, to April 2026, Shalom Park incurred $29,863 in security expenses, an increase of $15,637 compared to the same period in 2025. Shalom Park reported that this increase resulted from additional security measures that were implemented specifically because of the January 19, 2026, incident. Shalom Park further explained that the incident prompted immediate changes to staffing, patrol coverage, and campus security protocols, resulting in increased expenditures.

14

## SOCIAL MEDIA:

26.     On January 10, 2026, a Telegram handle "TerrorVox," believed by the FBI to be MULLIS for reasons discussed below, posted on Fash Front:[4] "Southern Front is a National Socialist \ Accelerationist group based in the Southeastern States. The main goal of posting here on Fash Front is networking not recruitment, Southern Front does have a Telegram channel for publicity and spreading awareness. Feel free to ask questions or reach out" (Fig. 10). MULLIS described Southern Front as group inspired by the Atomwaffen Division.[5] MULLIS stated, "we are not trying to copy [AWD], merely learning from their mistakes and success."

[Continued on next page.]

---

[4] Fash Front is a neo-Fascist and neo-Nazi web forum that encompasses multiple racially or ethnically motivate violent extremism (REMVE) sub-ideologies but predominately focuses on promoting violent accelerationist tactics to achieve REMVE objectives.

[5] Atomwaffen Division is a violent neo-Nazi extremist organization founded in the U.S. around 2015, known for its white supremacist, accelerationist ideology and involvement in multiple acts of violence. Their Co-Founder, Brandon Russell, helped establish its structure and early online presence. Russell was later arrested and convicted on federal explosives charges in 2017.

15



Fig. 10

27.    On January 18, 2026, MULLIS, utilizing the moniker "TerrorVox," posted artwork on Fash Front with the text, "Free Use Poster Art, Designed by TerrorVox (me)" (Fig. 11). The artwork is identical to the artwork that was affixed to numerous locations at the Foundation of Shalom Park on January 19, 2026.[6]

---

[6] The artwork posted on January 18, 2026, on Fash Front appears identical to the artwork affixed at Shalom Park on January 19, 2026; the only difference is that the online version uses the word 'simply' instead of 'simplify.' The affixed flyer appears to be a typographical error.

16



Fig. 11

28.     The FBI was able to access a publicly available Southern Front Telegram Channel. The FBI was able to review the channel and was able to capture some of the messages publicly available. The following images are examples and not an exhaustive list of the content on Southern Front's Telegram Channel.

29.     On January 3, 2026, Southern Front posted on their Telegram channel a detailed summary of the Founding of Southern Front (Fig. 12). The post states [sic throughout]: "We strive to be prepared and vigilant for the foreign Kike and domestic Goyim threats that plot the destruction of our future, As the Union is slowly crumbling we look towards our own Dixieland, with our Southern values mixed with national Socialist ideals we advocate for a white southern

17

ethnostate and the complete elimination of the influence of the Synagogue of Satan." The origin story of Southern Front posted on their Telegram Channel is consistent and resembles what MULLIS, using the handle TerrorVox, posted on Fash Front, dated January 10, 2026.



Fig. 12

30. On January 8, 2026, Southern Front's Telegram channel posted an image of the President of the United States, Donald Trump, wearing a ski mask, and the phrase "Rape All Jews" (Fig. 13)

18



Fig. 13

31.     On January 20, 2026, at approximately 1:46 A.M., Southern Front posted on their Telegram Channel: "[red lightning emoji] Oops…One of our members left something at a Jewish Community Center! [red lightning emoji]"  The post identifies a location of Charlotte, North Carolina(Fig. 14). CCTV Footage from Shalom Park was able to capture MULLIS, appearing to use a device to take photographs of the flyer on the door after using adhesive spray to affix the flyer and before adding the black- and yellow-striped duct tape (*see* Fig. 4).

19



Fig. 14

32.     Within Telegram Channel White Freedom Network on an unknown date, an unidentified user asks MULLIS whether the linked account https://t.me/SouthernFront is MULLIS's group. MULLIS responds on Telegram, using the TerrorVox account, by stating "Yes?" (Fig. 15). The FBI was able to utilize an open-source research tool that enables users to identify previous usernames and display names with associated User IDs. The usernames TerrorVox lists are: "@TerrorVox, @CainSillum, and @DR_Sillum" and the old usernames that are listed are: "DR_MULLIS, @LR_Sillum, @Lux_V_Sillum, and @Anpp_USA" (Fig. 16).

20

"Sillum," which appears in several of these handles, is "MULLIS" spelled backwards, and handles such as "DR_MULLIS" and "@DR_Sillum" appear to be references to MULLIS's initials for "Dalton Ray."



Fig. 15



Fig. 16

21

33. Based on my training and experience, subjects utilize the same username or variations of that username across numerous platforms to maintain a consistent identity, promote cross-platform presence, and signally continuity to other users. That username enables them to build a recognizable persona, which over time can carry reputation, style and/or credibility across numerous communities. Furthermore, in online communities, a consistent username helps others recognize that it's the same person participating across different discussions or platforms. I know users of various social media platforms will use similar or the same usernames or display names so associates can quickly recognize them across multiple platforms. In my training and experience, I know some social media users will use parts of their true name or initials in their display name. Based on the foregoing, there is probable cause to believe that the user associated with the Telegram handle "@TerrorVox," is also the user of Fash Front account "TerrorVox," and is the same user of the Telegram account "Southern Front."

34. On February 3, 2026, Southern Front's Telegram channel posted an image of a Nazi Solider with a firearm pointed at what appears to be Alex Pretti wearing a "Make America Great Again" hat (Fig. 17).

[Continued on next page.]



Fig. 17

35. On February 15, 2026, Southern Front's Telegram channel posted an image with the title "Revolution and Legality." The picture contains a firearm round, Southern Front's Logo and the following message: "... The key to success in the struggle ahead is self-discipline while it is the time to be 'legal' we must stolidly endure whatever the State sees fit to inflict upon us. When it is time to revolt, we must be prepared to unleash the Furies of hell on the state until it yields" (Fig. 18).

23



Fig. 18

36. On February 18, 2026, Southern Front posted on their Telegram Channel: "The only thing they understand political terror national socialist revolution" with a link to Southern Front's recruitment email (Fig. 19). The picture has a caption that states: "The future belongs to the few of us still willing to get our hands dirty."

24



Fig. 19

37.    Through open-source research, the FBI was able to locate TerrorVox's publicly available X.com (formerly Twitter) account. The FBI was able to review the account and was able to capture some of the messages. The following images are examples and not an exhaustive list of the content on TerrorVox's X Account. Business records provided by X (formerly Twitter) indicate the user of the X Username: "TerrorVox" to be registered to telephone number +1 704-

Case 3:26-mj-00121-DCK    Document 3-1    Filed 06/10/26    Page 25 of 30

593-8413 and the email address cainsillum@proton.me. The registered phone number to X matches MULLIS's phone.

38. On March 6, 2026, the X (formerly Twitter) account "RisingRadX," which, as outlined below, the FBI believes to be operated by MULLIS, posted an image (Fig. 20). The social-media post contains a black-and-white photograph displaying multiple objects arranged on a dark surface. The image includes Southern Front insignia and shows two assault rifles positioned horizontally in the foreground. Behind the firearms are two lemon-shaped grenade-style objects, two knives—one of which bears the name "James Mason"—a book titled "SIEGE," [7] a head covering with a skull design, and a facemask with the image of a skull. The skull design depicted on the head covering matches the Totenkopf image appearing on the flyer affixed at Shalom Park on January 19, 2026. The post includes a quotation reading, "There is no longer any beauty except the struggle. Any work of art that lacks a sense of aggression can never be a masterpiece. – FT Marinetti,"[8] followed by a hyperlink to "t.me/SouthernFront." Business records provided by X indicate that the username "RisingRadX" is registered to the email address southernfront_dixie@proton.me.

---

[7] *SIEGE* is a compiled volume of James Mason's writings from the 1980s that promotes extreme white supremacist, antisemitic, and neo-Nazi ideology. The text rejects lawful political activity and instead advocates violent, decentralized actions intended to destabilize and collapse societal and governmental structures. It outlines accelerationist beliefs, arguing that acts of violence should be used to hasten societal breakdown. The book has significantly influenced extremist subcultures that refer to themselves as "Siege Culture," including groups such as the Atomwaffen Division, referenced above.

[8] F.T. Marinetti was an early-20th-century Italian writer who founded the Futurist movement, which glorified violence, conflict, and aggressive struggle as forces of societal renewal.



Fig. 20

39.     On April 20, 2026, MULLIS posted on X an image of an individual wearing a dark hoodie, a ski mask bearing a skull image, similar to the one appearing in Fig. 20, and a handgun. The background of the picture contains Nazi symbols, and the picture contained a caption "SOUTHERN FRONT JOIN YOUR LOCAL NAZIS" (Fig 21).

27



Fig. 21

40.     Based on the foregoing, and my training and experience, there is probable cause to believe that DALTON RAY MULLIS is the owner and operator of Fash Front Account "TerrorVox," Telegram Account "TerrorVox," as well as the Telegram Channel "Southern Front," and the X Account "TerrorVox." Furthermore, based on the similarities of posts and imagery containing the *Sturmabteilung*[9] logo, and picture of a skull in Figs. 1 and 19, it further corroborates that MULLIS is the likely owner and operator of the aforementioned social media accounts.

41.     In summary, based on the investigation and my training and experience, there is probable cause to believe DALTON RAY MULLIS intentionally defaced, damaged, or destroyed

---

[9] The Sturmabteilung (SA), also known as the Storm division or stormtroopers, was the early paramilitary arm of the Nazi Party, responsible for protecting party events and confronting political opponents during the 1920s and early 1930s. It grew rapidly in size and visibility, becoming a major tool of intimidation and street violence in the lead-up to Hitler's rise to power.

28

religious real property located at the Foundation of Shalom Park because of the race, color, or ethnic characteristics of any individual associated with that religious property, or attempted to do so, in violation of Title 18, United States Code, Section 247(c).

[Remainder of page intentionally left blank.]

Case 3:26-mj-00121-DCK    Document 3-1    Filed 06/10/26    Page 29 of 30

## CONCLUSION

42.      I submit that there is probable cause to issue a criminal complaint and arrest warrant for Dalton MULLIS for a violation of Title 18, United States Code, Section 247(c).

John Ryan Anthony, Special Agent
Federal Bureau of Investigation

*This Affidavit was reviewed by AUSA Dallas J.E. Kaplan.*

Subscribed to and sworn before me, this 10th day of June, 2026.

Signature Line

Title of Signing Officer
United States District Court

30