**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CASE NO. 3:26-MJ-121-DCK**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **DALTON RAY MULLIS,** | ) | |
| | ) | |
| **Defendant**. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Joint Motion To Continue Indictment Deadline" (Document No. 9) filed June 16, 2026. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that the parties' "Joint Motion To Continue Indictment Deadline" (Document No. 9) is **GRANTED**.

**IT IS FURTHER ORDERED** that in accordance with 18 U.S.C. § 3161(h)(7)(A), the ends of justice served by granting such a continuance outweigh the best interest of the public and the Defendant in a speedy trial. Specifically, there is a need for the Defendant to have time to review the discovery provided by the Government, confer with his counsel concerning any potential defenses, and engage in plea discussions with the United States Attorney's Office.

**IT IS FURTHER ORDERED** that the deadline for indictment of this matter is continued until the week of **August 17, 2026**.

Signed: June 22, 2026

**SO ORDERED**.

David C. Keesler
United States Magistrate Judge